IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00260-14 |
| | ) | Judge Haynes |
| MUHIYADIN HUSSEIN HASSAN | ) | |

*handwritten annotation: This motion is GRANTED. [signature] 1-12-12*

## MOTION FOR LEAVE TO ADOPT PREVIOUSLY FILED PRETRIAL MOTION BY CO-DEFENDANTS

Mr. Hassan, by and through counsel, hereby moves this Court to allow him leave to adopt the motion and arguments of all previously filed motions by other Co-Defendants which equally apply to him, which include but are not limited to the following Motions:

1. Motion for Disclosure of Pre-Trial Agreements filed by Mohamed Amalie (D.E. 1068).

2. Motion to Require Government to reveal statements it intends to use as co-cospirators statements filed by Fatah Hashi. (D.E. 1077).

3. Motion to Suppress Case Agent Summary filed by Ahmad Ahmad (D.E. 1102).

4. Motion for Change of Venue and Memorandum of Law (D.E. 1109) in Support filed by Andrew Kayachith.

This Motion does not waive Mr. Hassan's previous request for an extension of time to file other pretrial motions. (D.E. 1049).

Respectfully submitted this 11th day of January, 2012.

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.