IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NO. 3:10-cr-00260-14 |
| | ) Judge Haynes |
| MUHIYADIN HASSAN | ) Magistrate Judge Bryant |
| | ) |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

*[Handwritten annotation: This motion was withdrawn and is DENIED as moot. /s/ [signature] K-BMD 10-5-12]*

The Defendant, Muhiyadin Hassan, by and through counsel, hereby moves this Honorable Court for an Order modifying his conditions of pretrial release allowing him to reside in the Middle District of Tennessee with Ibrahim Warsame of Antioch, Tennessee on a temporary basis. In support of this Motion, Defendant would state as follows:

1. Mr. Hassan arrived in Minneapolis, Minnesota on Friday, September 28, 2012.

2. Mr. Hassan and the undersigned found out that day that his brother Abdirashid Hussein Hassan of Rochester, Minnesota was not able to allow his to live with him.

3. Mr. Abdirashid Hassan did not inform either Mr. Muhiyadin Hassan or his undersigned counsel that he had roommates at his residence and that Muhiyadin Hassan would not be able to live with him prior to the day of Mr. Muhiyadin Hassan's arrival in Minnesota. Mr. Abdirashid Hassan contacted the undersigned the morning of September 28, 2012 and told the undersigned that he would be moving and that there was a problem with his brother staying with him. Muhiyadin Hassan contacted the undersigned later in the day and explained that his brother had roommates and that he was not welcome to stay with him. The undersigned counsel had spoken with Abidrashid Hassan before for the detention hearing last week, as well as on multiple occasions previously, regarding